IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CLARENCE HENRY DANIELS, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 308-042 |
| DAVID FRAZIER, Warden, | ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's motion for injunctive relief is **DENIED**, Petitioner's motion to proceed *in forma pauperis* is **MOOT**, Thomas Gramiak and Thurbert Baker are **DISMISSED** as improper party Respondents, this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this ___ day of September, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE